This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HONEY STEWART,**

Petitioner-Appellee,

**v.**                                                            **No. 31,579**

**JOHN MICHAEL STEWART,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF McKINLEY COUNTY**
**Louis E. Depauli, Jr., District Judge**

Rabb & Beal PLLC
Lloyd Rabb, III
Tucson, AZ

for Appellee

John Michael Stewart
Gallup, NM

Pro se Appellant


## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

---

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

---

**CELIA FOY CASTILLO, Chief Judge**

---

**JAMES J. WECHSLER, Judge**